584 A.2d 206

LEONARD SERRATORE v. MICHAEL NARDI.

May 1, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 566, 568 *A.*2d 573)

584 A.2d 206

CATHERINE LITTLE v. TECHBESTOS, INC.

May 1, 1990.

Petition for certification denied.

584 A.2d 206

OBAL LOPEZ v. NEW JERSEY AUTOMOBILE FULL INSURANCE UNDERWRITING ASSOCIATION.

May 1, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 13, 570 *A.*2d 994)

584 A.2d 206

JOHN SHELBRICK v. BOARD OF TRUSTEES, PUBLIC EMPLOYEES' RETIREMENT SYSTEM.

May 1, 1990.

Petition for certification denied.